AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ANGELA UKPOMA,

       Plaintiff,

       v.

US BANK NATIONAL ASSOCIATION, et al,

       Defendants,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-0184-TOR

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

Defendants' Motions for Summary Judgment are GRANTED; Plaintiff's Amended Motion for Summary Judgment is DENIED.  Judgment is entered for all Defendants.

May 9, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen